**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: **20CR637** |
| | ) | |
| v. | ) | Magistrate Judge: M. David Weisman |
| | ) | |
| Jeremiah Harris, | ) | |
| | ) | |
| Defendant, | ) | |

**ORDER**

    Arrest warrant issued to the United States Marshal and Any Authorized Officer as to defendant Jeremiah Harris. The Government's motion to seal arrest warrant, criminal complaint, and supporting affidavit, is granted. Enter Order Attached.

Date: September 17, 2020

_____
M. David Weisman
United States Magistrate Judge