## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: United States of America v. Jeremiah Harris

Case Number: 20CR637

An appearance is hereby filed by the undersigned as attorney for: Jeremiah Harris

Attorney name (type or print): Todd S. Pugh

Firm: Breen & Pugh

Street address: 53 W. Jackson Blvd., Suite 1215

City/State/Zip: Chicago, IL 60604

Bar ID Number: 6243692
(See item 3 in instructions)

Telephone Number: 312-360-1001

Email Address: tpugh@breenpughlaw.com

**FILED**

**SEP 17 2020**

M. DAVID WEISMAN
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

| Question | Answer |
|---|---|
| Are you acting as lead counsel in this case? | ☑ Yes ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes ☑ No |
| Are you a member of the court's trial bar? | ☑ Yes ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes ☐ No |

If this is a criminal case, check your status.

[X] Retained Counsel
[ ] Appointed Counsel
If appointed counsel, are you
[ ] Federal Defender
[ ] CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 9/17/2020

Attorney signature: S/ Todd S. Pugh

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015