# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: United States of America v.
**Jeremiah Harris**

Case Number: 20 CR 637

An appearance is hereby filed by the undersigned as attorney for: Jeremiah Harris

Attorney name (type or print): Chelsy Van Overmeiren

**FILED**

**SEP 17 2020**

Firm: Breen&Pugh

Street address: 53 W. Jackson Blvd. #1215

City/State/Zip: Chicago, IL 60604

**M. DAVID WEISMAN
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT**

Bar ID Number: 6333497
(See item 3 in instructions)

Telephone Number: 312-360-1001

Email Address: cvano@breenpughlaw.com

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.

☑ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746. this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 9/17/2020

Attorney signature: S/ Chelsy L. Van Overmeiren

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015