# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                          Case No.: 1:20–cr–00637
                                                             Honorable M. David Weisman

Jeremiah Harris

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 18, 2020:

      MINUTE entry before the Honorable M. David Weisman as to Jeremiah Harris: The detention hearing set for 9/21/2020 at 10:30 a.m. will be heard before the Duty Magistrate Judge in courtroom 1743. On the morning of 9/21/2020 the call in information will be provided by an order. (PLEASE NOTE COURTROOM AND MAGISTRATE JUDGE CHANGE.) Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.