# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                                  Case No.: 1:20−cr−00637
                                                  Honorable M. David Weisman

Jeremiah Harris

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 14, 2020:

      MINUTE entry before the Honorable Heather K. McShain: Detention hearing as to Jeremiah Harris (1) held on 10/14/2020. Defendant and two proposed third party custodians appeared in person. By consent and agreement, two additional proposed third party custodians appeared telephonically. The Court heard oral arguments on the Government's motion for detention [19] as well as on defendant's motion for release [20]. Both motions [[19], [20]] are taken under advisement. Anything else the parties wish the Court to consider should be filed by 5:00 p.m. on 10/15/2020. Defendant shall remain in custody until further order of the Court. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.