# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                                           Plaintiff,

v.                                                                  Case No.: 1:20−cr−00637
                                                                 Honorable Manish S. Shah

Jeremiah Harris

                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 4, 2021:

       MINUTE entry before the Honorable Manish S. Shah: as to Jeremiah Harris. Telephone status hearing held. The parties shall file a joint public status report on 10/6/21. The court will enter a responsive order. The parties may email susan_mcclintic@ilnd.uscourts.gov to schedule any court hearing if necessary. Time is excluded until 10/8/21 under the Speedy Trial Act, without objection, to serve the ends of justice. The delay is necessary to give the parties time for effective preparation, which includes time for on−going investigations and discussions, and outweighs the interests of the public and defendant in a speedy trial. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.