```
                   UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )
     vs.                       )   No. 20 CR 637
                               )
JEREMIAH HARRIS,               )   Chicago, Illinois
                               )   August 4, 2021
            Defendant.         )   10:00 o'clock a.m.


              TRANSCRIPT OF PROCEEDINGS - Status
           BEFORE THE HONORABLE MANISH S. SHAH


APPEARANCES (by telephone):

For the Government:       HON. JOHN R. LAUSCH, JR.
                          United States Attorney
                          219 South Dearborn Street, Suite 500
                          Chicago, Illinois  60604
                          (312) 886-2447
                          BY:  MR. CHRISTOPHER V. PARENTE

For the Defendant:        BREEN & PUGH
                          BY:  MR. TODD S. PUGH
                          53 West Jackson Boulevard, Suite 1215
                          Chicago, Illinois  60604
                          (312) 360-1001

                          LAW OFFICE OF JOSHUA G. HERMAN
                          BY:  MR. JOSHUA G. HERMAN
                          53 West Jackson Boulevard, Suite 404
                          Chicago, Illinois  60604
                          (312) 909-0434




              COLLEEN M. CONWAY, CSR, RMR, CRR
                     Official Court Reporter
           219 South Dearborn Street, Room 1918
                   Chicago, Illinois  60604
                       (312) 435-5594
              colleen_conway@ilnd.uscourts.gov
```

```
 1        (Proceedings heard telephonically:)
 2             THE COURT:  Good morning.  This is Judge Shah.
 3             The clerk will call the case.
 4             THE CLERK:  20 CR 637, United States versus Harris.
 5             THE COURT:  We will start with appearances of counsel
 6   for the record, starting with counsel for the government.
 7             MR. PARENTE:  Good morning, Your Honor.  Chris
 8   Parente for the United States.
 9             THE COURT:  Counsel for the defense?
10             MR. PUGH:  Good morning, Your Honor.  Todd Pugh and
11   Joshua Herman appearing on behalf of Jeremiah Harris.
12             MR. HERMAN:  Good morning, Your Honor.
13             THE COURT:  Mr. -- I'm sorry.  Go ahead.
14             MR. HERMAN:  Josh Herman.  Good morning.  Thank you.
15             THE COURT:  Mr. Harris, are you on the line?
16             THE DEFENDANT:  Yes.  I'm Jeremiah Harris, and I'm
17   here.
18             THE COURT:  Okay.  Good morning, Mr. Harris.
19             We're here by telephone for the lawyers to give me an
20   update on the status of your case.
21             I did receive a sealed status report from the
22   defense.  That will remain under seal temporarily.
23             At this stage of the case, I do conclude that sealing
24   the status report is appropriate to give the defense what it
25   needs in order to conduct its continuing pretrial
```

1  investigation, and that merits sealing that filing, at least
2  for now.  There likely will be a stage when the public right of
3  access to the courts will justify unsealing that, but that does
4  not need to occur just yet.
5          And, as I understand it, the status of the case is
6  that the defense is continuing to undertake a series of
7  investigative steps.  It still does not expect to file Rule 12
8  motions.  And the hope is that after another 60 days, the
9  parties may be in a position to schedule something more
10 concrete than a status hearing.
11         So that's my understanding of the status.
12 Mr. Parente, is there anything the government would like to add
13 to that or correct any of my misapprehensions?
14         MR. PARENTE:  No, Your Honor.
15         THE COURT:  Mr. Herman or Mr. Pugh, anything you'd
16 like to add?
17         MR. PUGH:  Go ahead, Josh.
18    (Pause.)
19         THE COURT:  You might be on mute.
20         MR. HERMAN:  Oh.  What --
21         MR. PUGH:  I'll speak --
22         MR. HERMAN:  Yeah.
23         MR. PUGH:  -- then, Judge.  Yeah, that is consistent
24 with our filing, and that is our expectation.
25         THE COURT:  That's all fine, then, with me.

1          Let me just add for your -- really for your planning
2     purposes that my trial dates in 2022 are starting to fill up.
3     So 60 days from now, I may want to make sure that everyone has
4     a concrete deadline to be working from, and that might be
5     something that we need to address a couple of months from now,
6     but we don't need to address that just yet.
7          And instead of convening on the phone in 60 days,
8     what I'd like the parties to do is file a joint public status
9     report on October 6th.
10         If at any point you want to schedule a court
11    appearance, you can always reach out to the courtroom deputy
12    and schedule a court appearance.  But for now, I think a
13    written status report on October 6th will tell me what I need
14    to know in order to be fully informed on the progress of the
15    case.
16         Mr. Herman, any objection to the exclusion of time?
17         MR. HERMAN:  No, Your Honor.
18         THE COURT:  I will exclude time until October 8th to
19    serve the ends of justice.  The time is necessary to give the
20    counsel what they need to effectively prepare the case, and
21    that includes the investigation and conferences that are
22    ongoing, and that delay outweighs the interests of the public
23    and the defendant in a speedy trial.
24         Mr. Parente, is there anything else on behalf of the
25    government we should address this morning?

1     MR. PARENTE: No, Your Honor.

2     THE COURT: Mr. Herman or Mr. Pugh, anything else we
3  should address this morning?

4     MR. PUGH: Judge, no, but will your clerk be giving
5  us a status? You said through October 8th. Are you expecting
6  us to appear for a status with you or are you going to set it
7  based upon the status report filed on the 6th?

8     THE COURT: I will set any other -- any in-court
9  hearing, whether that's by phone or in person, after I see your
10 written status report. Or if you'd like something to get on
11 the books, you can always reach out to the courtroom deputy and
12 get that scheduled.

13    MR. PUGH: Very good, Judge. Thank you very much.

14    THE COURT: Thank you, everyone, for calling in.
15    We are in recess.

16    MR. PUGH: Thank you.

17    MR. HERMAN: Thank you, Your Honor.

18    (Proceedings concluded.)

C E R T I F I C A T E

         I, Colleen M. Conway, do hereby certify that the
foregoing is a complete, true, and accurate transcript of the
telephonic proceedings had in the above-entitled case before
the HONORABLE MANISH S. SHAH, one of the Judges of said Court,
at Chicago, Illinois, on August 4, 2021.


         _/s/ Colleen M. Conway, CSR, RMR, CRR_        _09/28/21_
              Official Court Reporter                   Date
              United States District Court
              Northern District of Illinois
                    Eastern Division

Colleen M. Conway, Official Court Reporter