# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Jeremiah Harris

Defendant.

Case No.: 1:20–cr–00637
Honorable Manish S. Shah

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 7, 2021:

    MINUTE entry before the Honorable Manish S. Shah: as to Jeremiah Harris. The parties shall file a joint status report on 12/7/21. The court excludes time until 12/9/21 under the Speedy Trial Act, without objection, to serve the ends of justice. The delay is necessary to give the parties time for effective preparation, which includes defense expert consultation, and outweighs the interests of the public and defendant in a speedy trial. The parties may email the courtroom deputy to schedule a court hearing as needed. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.