IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 20 CR 637 |
| | ) | Judge Manish S. Shah |
| JEREMIAH HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and Defendant JEREMIAH HARRIS, by his attorneys TODD S. PUGH and JOSHUA G. HERMAN, submit this joint status report pursuant to the Court's October 7, 2021, Order (R. 47).

1. On December 10, 2020, the defendant was charged by indictment with three counts of sexual exploitation of a child, in violation of 18 U.S.C. §2251(a) (Counts 1, 4, 5, and 6), one count of enticement, in violation of 18 U.S.C. §2422(b) (Count 2), one count of receipt of child pornography, in violation of 18 U.S.C. §2252A(a)(2)(A) (Count 3), and one count of travel with the intent to engage in illicit sexual conduct with a minor, in violation of 18 U.S.C. §2423(b) (Count 7). (R. 28). The defendant was detained pending trial.

2. The defense concluded its investigation as outlined in the Joint Status Report of October 6, 2021. (R. 46, p. 2). On November 19, 2021, counsel for the respective parties met to discuss the possibility of resolving this matter short of trial.

It was jointly decided that additional time is necessary before the parties can advise the Court about the direction of the case.

3. The parties would jointly request an in-person status hearing on January 4, 5, or 7, 2022, or at another time convenient for the Court.

6. The defendant has no objection to the exclusion of time under the Speedy Trial Act to the next court date.

|  |  |
|---|---|
| December 6, 2021 | Respectfully submitted, |
|  | /s/ Todd S. Pugh<br>**TODD S. PUGH** |
|  | /s/ Joshua G. Herman<br>**JOSHUA G. HERMAN** |

**BREEN & PUGH**
53 W. Jackson Blvd., Suite 1215
Chicago, Illinois 60604
(312) 360-1001 (t)
(312) 362-9907 (f)
tpugh@breenpughlaw.com

**LAW OFFICE OF JOSHUA G. HERMAN**
53 W. Jackson Blvd., Suite 404
Chicago, IL 60604
Tel: (312) 909-0434
jherman@joshhermanlaw.com