# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                                            Case No.: 1:20−cr−00637
                                                                                      Honorable Manish S. Shah

Jeremiah Harris

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 10, 2021:

      MINUTE entry before the Honorable Manish S. Shah: as to Jeremiah Harris. A status hearing is set for 1/12/2022 at 11:00 a.m. in Courtroom 1919. By 1/4/22, the defense shall contact susan_mcclintic@ilnd.uscourts.gov to confirm whether defendant's presence is being waived for the hearing or not. Time is excluded until 1/12/22 under the Speedy Trial Act, without objection, to serve the ends of justice. The delay is necessary to give the parties time for effective preparation, which includes discussions to resolve the case short of trial, and outweighs the interests of the public and defendant in a speedy trial. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.