**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                         Case No.: 1:20–cr–00637
                                         Honorable Manish S. Shah

Jeremiah Harris

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 11, 2022:

      MINUTE entry before the Honorable Manish S. Shah: as to Jeremiah Harris. A defendant's request, and with no objection from the government, the telephone status hearing on 1/12/22 is stricken and reset to 2/10/22 at 1:30 p.m. By 2/1/22, the defense shall contact susan_mcclintic@ilnd.uscourts.gov to confirm whether defendant's presence is being waived for the hearing or not. Time is excluded until 2/10/22 under the Speedy Trial Act, without objection, to serve the ends of justice. The delay is necessary to give the parties time for effective preparation, and outweighs the interests of the public and defendant in a speedy trial. Members of the public and media may listen to these proceedings by dialing 1–888–204–5984 and using access code 9146677. Counsel of record and other essential case participants will receive an email prior to the start of the telephone hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.