UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 20 CR 637 |
| | ) | |
| JEREMIAH HARRIS | ) | Judge Manish S. Shah |
| | ) | |

**DESIGNATION OF ATTORNEY FOR THE GOVERNMENT**

The United States of America, by and through its attorney, John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, hereby presents notice that the undersigned Assistant United States Attorney has been designated to represent the government in the above-captioned matter.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: */s/ Kelly Guzman*
KELLY GUZMAN
Assistant United States Attorney
219 South Dearborn Street, Room 500
Chicago, Illinois 60604
Tel: (312) 353-1598

Dated: January 18, 2022