# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                                              Plaintiff,

v.

Jeremiah Harris

                                              Defendant.

Case No.: 1:20−cr−00637
Honorable Manish S. Shah

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 9, 2022:

      MINUTE entry before the Honorable Manish S. Shah: as to Jeremiah Harris. Telephone status hearing on 2/9/22 at 1:30 p.m. is rescheduled to a change of plea hearing. This order memorializes the required findings under CARES Act § 15002(b)(2)(A), Pub. L. No. 116−136, 134 Stat. 281. By order dated December 16, 2021, the Chief Judge found that felony pleas cannot be conducted in person in this district without seriously jeopardizing public health and safety. Under Section 15002(b)(2)(A), the assigned judge finds that further delay of this hearing would cause serious harm to the interests of justice, because continued delays harm the public interest in the speedy resolution of criminal cases. The defendant has a strong interest in resolving his involvement in the federal criminal justice system without further delay. It is in the interests of justice to resolve this prosecution as soon as possible.Members of the public and media may listen to these proceedings by dialing 1−650−479−3207 and using phone conference access code 23128821198##. Counsel of record and other essential case participants will receive an email with a link to join the video conference prior to the hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.