# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                       Case No.: 1:20–cr–00637
                                                                   Honorable Manish S. Shah

Jeremiah Harris

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 29, 2022:

      MINUTE entry before the Honorable Manish S. Shah: Telephone hearing held on motion to reset sentencing [56]. For the reasons stated on the record, sentencing is reset to 7/6/22 at 10:00 a.m. in Courtroom 1919. Presentence report is due now due 6/1/22. Sentencing memoranda with objections to the presentence report and discussing 18 U.S.C. § 3553(a) factors must be filed (in one combined filing per side) by 6/22/22. Any responses must be filed by 6/29/22. Failure to file the memoranda by that deadline risks waiver of any objections to the presentence report. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.